

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

September 25, 2020

BY ECF

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: September 25, 2020

*[signature: Stewart D. Aaron]*

Re:  Gail Anderson v. Comm'r of Soc. Sec.
     20 Civ. 4035 (MKV) (SDA)

Dear Judge Aaron:

     The administrative record is due to be filed in this Social Security case by September 28, 2020.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be adjourned for 60 days, until November 26, 2020.  The reason for this request is the Social Security Administration needs more time to prepare the record.  No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

                       Respectfully,

                       AUDREY STRAUSS
                       Acting United States Attorney

By:       s/ *Susan D. Baird*
           SUSAN D. BAIRD
           Assistant United States Attorney
           tel. (212) 637-2713
           Susan.Baird@usdoj.gov

cc:  Howard D. Olinsky, Esq.