UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 10/7/2021 | |

GAIL ELLEN ANDERSON,

                           Plaintiff,

           -against-

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

1:20-cv-04035 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The parties are directed to submit a joint letter on or before October 14, 2021 regarding

whether Plaintiff's motion for attorney's fees has been resolved by the parties.

**SO ORDERED.**

**Date:  October 7, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**